Certificate Number: 14912-PAM-DE-028841688

Bankruptcy Case Number: 17-00309


14912-PAM-DE-028841688

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 1, 2017</u>, at <u>12:09</u> o'clock <u>PM EST</u>, <u>Lydia Sha</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>March 1, 2017</u>     By:    <u>/s/Jai Bhatt</u>

                                       Name: <u>Jai Bhatt</u>

                                       Title: <u>Counselor</u>